JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 25-1426-GW | Date | November 5, 2025 |
|---|---|---|---|
| Title | *In Re: Louis Raymond Fernandez, Jr.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

None Present                None Present

**PROCEEDINGS:**     **IN CHAMBERS - ORDER DISMISSING APPEAL FOR FAILURE TO PROSECUTE**

      On July 29, 2025, this Court ordered Appellant to file his opening brief by August 29, 2025 (ECF No. 6). As of October 23, 2025, he has not done so; and the Court, as per Fed. R. Bank. P. 8003(a)(2), gave Appellant notice that unless he filed his opening brief by November 3, 2025, his appeal would be dismissed for failure to prosecute (ECF No. 7).

      As of November 5, 2025, Appellant has not filed his opening brief. Thus, the Court dismisses this appeal for failure to prosecute.

                                                      :

Initials of Preparer    JG